IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

STEVEN WALTER EASON, # 118089                                              PETITIONER

versus                                                         CIVIL ACTION NO. 2:09cv116-KS-MTP

RON KING                                                                   RESPONDENT

## ORDER GRANTING MOTION TO FILE STATE COURT RECORD UNDER SEAL

This case came on this date to be heard upon the motion [13] of Respondent to file the state court record under seal. This Court, having found that the record in question contains the names and other identifying information of minor victims of sexual abuse, finds that said motion should be granted.

**IT IS, THEREFORE, ORDERED** that Respondent's motion [13] to file the state court record in the above captioned action under seal is hereby **GRANTED**.

**IT IS SO ORDERED**, this the 10th day of January, 2010.

s/ Michael T. Parker
United States Magistrate Judge