IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

STEVEN WALTER EASON                                                 PETITIONER

VERSUS                                                 NO. 2:09cv116-KS-MTP

RON KING                                                   RESPONDENT

<u>ORDER WITHDRAWING REPORT AND RECOMMENDATION</u>

THIS MATTER is before the court *sua sponte* for reconsideration of the Report and Recommendation [20] entered by the court on March 4, 2010, and the court having considered the matter and finding that certain of Petitioner's ineffective assistance of counsel claims need further clarification in order to fully consider the Petition [1] for Writ of Habeas Corpus, the court finds that the Report and Recommendation should be withdrawn.

IT IS, THEREFORE, ORDERED that the Report and Recommendation [20] of March 4, 2010 is hereby withdrawn. A revised Report and Recommendation will be filed in due course.

SO ORDERED on this, the 24th day of March, 2010.

                                                               s/Michael T. Parker
                                                               United States Magistrate Judge