IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

STEVEN WALTER EASON                                                                    PETITIONER

VERSUS                                              CIVIL ACTION NO. 2:09cv116-KS-MTP

RON KING                                                                                      RESPONDENT

**<u>ORDER</u>**

THIS MATTER is before the court on Petitioner's letter of March 31, 2010 [25]. The letter will be construed as a Motion for Assistance [26]. In the motion, Petitioner requests that the clerk of the court provide him with legal advice regarding the filing of a separate lawsuit on certain Section 1983 claims, unrelated to the claims in the instant habeas case. However, the court cannot provide legal advice and cannot offer assistance on matters that are not pending before the court. Accordingly,

IT IS ORDERED that Plaintiff's Motion for Assistance [26] is denied.

SO ORDERED and ADJUDGED this the 12th day of April, 2010.

                                                                   s/ Michael T. Parker
                                                                   United States Magistrate Judge